FILED: April 3, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1569
(1:13-cv-00957-AJT-TRJ)

_____

STATE FARM FIRE AND CASUALTY COMPANY

      Plaintiff - Appellant

v.

FRANKLIN CENTER FOR GOVERNMENT AND PUBLIC INTEGRITY, d/b/a Watchdog.org; KENRIC WARD

      Defendants - Appellees

and

GREENTECH AUTOMOTIVE, INC., a/k/a Greentech Automotive MS, Inc.

      Defendant

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 06/08/2015

Opening brief due: 06/08/2015

Response brief due: 07/16/2015

Any reply brief: 14 days from service of response brief.

                                                  For the Court--By Direction

                                                  <u>/s/ Patricia S. Connor, Clerk</u>